```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 43170
   WINONA WILSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


           Debtor
   SSN XXX-XX-9606

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/19/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  35.13% from remaining funds.

     The case was paid in full 12/10/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
AMERICAN MEDICAL RESPONS   UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED           .00            .00
CLINIC FOR WOMEN INC       UNSECURED       NOT FILED           .00            .00
MEDICAL CENTER OF INDEPE   UNSECURED       NOT FILED           .00            .00
MEDICAL CENTER OF INDEPE   NOTICE ONLY     NOT FILED           .00            .00
REGENCY FINANCIAL CORPOR   UNSECURED         2201.54           .00         773.36
REGENCY FINANCIAL CORPOR   NOTICE ONLY     NOT FILED           .00            .00
RIDGEVIEW HEIGHTS          UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
ST LUKES HOSPITAL          UNSECURED       NOT FILED           .00            .00
ST LUKES HOSPITAL REGION   NOTICE ONLY     NOT FILED           .00            .00
TIME WARNER CABLE          UNSECURED       NOT FILED           .00            .00
WALMART CLAIMS ADMINISTR   UNSECURED       NOT FILED           .00            .00
REGENCY FINANCIAL CORPOR   UNSECURED         2352.63           .00         826.43
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,805.20                    1,805.20
TOM VAUGHN                 TRUSTEE                                         195.01
DEBTOR REFUND              REFUND                                          100.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              3,700.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                 1,599.79
ADMINISTRATIVE                            1,805.20
TRUSTEE COMPENSATION                        195.01
DEBTOR REFUND                               100.00
                   ---------------      ---------------
TOTALS               3,700.00             3,700.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 43170 WINONA WILSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```